**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

IN THE SUPREME COURT OF THE STATE OF NEVADA

**FILED**

JAN 12 2015

IN THE MATTER OF DISCIPLINE OF
KELLY O. SLADE, BAR NO. 1727.

No. 66712

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

*ORDER APPROVING CONDITIONAL GUILTY PLEA AGREEMENT*

This is an automatic review of a conditional guilty plea agreement in exchange for a stated form of discipline pursuant to SCR 113 involving attorney Kelly O. Slade. A Southern Nevada Disciplinary Board hearing panel recommended this court approve the agreement. In the agreement, Slade admitted to violating RPC 1.4 (communication), RPC 1.15 (safekeeping property), RPC 5.3 (responsibilities regarding nonlawyer assistants), RPC 5.4 (professional independence of a lawyer), RPC 5.5 (unauthorized practice of law), PRC 7.1 (communications concerning a lawyer's services), and RPC 8.4(b) (misconduct).

In exchange for his conditional guilty plea, Slade agreed to be suspended from the practice of law for six months and one day. As a precondition to a petition for reinstatement, he agreed to pay restitution to Michel Rantissi of $25,000, or to provide evidence that Rantissi has been otherwise reimbursed. In addition, Slade agreed to reimburse any funds that may be distributed by the Nevada State Bar's Client Security Fund on his behalf. *See* SCR 116.

Having reviewed the record of the disciplinary proceedings and the attached exhibits, we accept the conditional guilty plea

15- 01092

agreement. *See* SCR 113(1); *In re Kenick*, 100 Nev. 273, 680 P.2d 972 (1984). Accordingly, Slade is suspended for six months and one day.[1] Should he decide to seek reinstatement, Slade shall provide evidence of restitution to Michel Rantissi and of reimbursement of any funds distributed on his behalf by the State Bar Client Security Fund. *See* SCR 116. Slade shall also pay the costs of the disciplinary proceedings within 30 days of receipt of the State Bar's bill of costs. *See* SCR 120(1). The parties shall comply with the applicable provisions of SCR 115 and SCR 121.1.

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

_____, J.
Pickering

---

[1]We note that Slade is currently suspended for failure to pay his State Bar Membership dues. The suspension imposed in this order is separate from and in addition to Slade's dues suspension; the suspension imposed here shall not begin until Slade has resolved his dues suspension. *See* SCR 98(13).

cc: Jeffrey R. Albregts, Chair, Southern Nevada Disciplinary Panel
David Clark, Bar Counsel
Kelly O. Slade
Kimberly Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, U.S. Supreme Court